FILED

08/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0195

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0195

_____

K & J INVESTMENTS, LLC,

      Petitioner, Plaintiff and Appellant,

  v.

FLATHEAD COUNTY BOARD OF COUNTY
COMMISSIONERS,

      Respondent and Appellee,

  and

FLATHEAD COUNTY TREASURER,

      Defendant and Appellee.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi J. Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 19 2020